IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| YONALDO PAUL, *et al.*, *on behalf of themselves and those similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>EMPIRE INTERNATIONAL, LTD d/b/a EMPIRE CLS, *et al.*<br><br>Defendants. | No. 2:17-cv-12012-SDW-LDW |

### AMENDED NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

**PLEASE TAKE NOTICE** that Plaintiffs, by and through the undersigned counsel, hereby give notice <u>all</u> claims in the above-captioned action are voluntarily dismissed, without prejudice, as against all Defendants.

SWARTZ SWIDLER, LLC

By: */s/ Matthew Miller*
Matthew D. Miller, Esq.
Attorney for Plaintiff

Date: March 5, 2018

**So Ordered**
this 6th day of March 2018

Susan D. Wigenton, U.S.D.J.